GRAVES, Presiding Judge.

The conviction is for felony theft; the punishment assessed is confinement in the state penitentiary for a term of two years.

The indictment and all other matters of procedure appear to be regular. The record is before this court without a statement of facts or bills of exception. In the absence thereof nothing is presented for review.

The judgment of the trial court is therefore affirmed.

No attorney on appeal for appellant.

William H. Scott, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was found guilty of the primary offense of burglary and also three previous felony convictions on which the judgments had become final against him. His punishment was therefore assessed at life in the state penitentiary.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be regular.

The judgment of the trial court is affirmed.

## BLOCKER v. STATE.

No. 26698.

Court of Criminal Appeals of Texas.

Dec. 16, 1953.

## STEVENS v. STATE.

No. 26512.

Court of Criminal Appeals of Texas.

Dec. 9, 1953.

